1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   CODY DRABBLE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  NICHOLE RUA

9

**FILED**

DEC 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

10                IN THE UNITED STATES DISTRICT COURT
11
12                FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,        ) No. CR.S 09-280-DAD
14 |                                   )
   |         Plaintiff,                )
15 |                                   ) STIPULATION AND PROPOSED ORDER TO
   |    v.                             ) SET BRIEFING SCHEDULE FOR MOTION TO
16 |                                   ) SUPPRESS STATEMENTS
   | NICHOLE RUA,                      )
17 |                                   )
   |         Defendant.                ) Date: January 19, 2010
18 |                                   ) Time: 10:00 am
   | _____   ) Judge: Hon. Dale A. Drozd

19

20    **PLEASE TAKE NOTICE** that on January 19, 2010, at 10:00 a.m., or as soon thereafter as the
21 matter may be heard, before the Honorable Dale A. Drozd, United States Magistrate Judge, defendant
22 NICHOLE RUA will move this court for an order suppressing statements in this case on defendant's
23 argument that the statements were obtained in violation of her rights under the Fifth Amendment to the
24 United States Constitution. The parties stipulate that for the purpose of computing time under the Speedy
25 Trial Act, the Court should exclude time from the date of this order through January 19, 2010, for defense
26 preparation. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4]. The parties further stipulate that the Court
27 should exclude time through January 19, 2010, for pretrial motions. 18 U.S.C. § 3161(h)(1)(D) [Local
28 Code E].

**Proposed Briefing Schedule:**

| | |
|---|---|
| Defendant's motion filed: | December 16, 2009 (Wednesday) |
| Government's response due: | January 5, 2010 (Tuesday) |
| Defendant's reply due: | January 12, 2010 (Tuesday) |
| Hearing on motion: | January 19, 2010 (Tuesday) |

Dated: December 10, 2009

Respectfully submitted,
DANIEL BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender

Attorney for Defendant
NICHOLE RUA

Dated: December 10, 2009

BENJAMIN B. WAGNER
United States Attorney

/S/ AUSA Daniel McConti for:
MATTHEW STEGMAN
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the motion hearing on January 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: 12/14/09

HON. DALE A. DROZD

United States Magistrate Judge

Briefing Schedule Stip & Order       -2-