Case 2:09-cr-00280-DAD  Document 18  Filed 03/19/10  Page 1 of 2



FILED

MAR 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   CR. NO. S-09-280 DAD
                             )
        Plaintiff,           )   **STIPULATION TO CONTINUE STATUS
                             )   CONFERENCE AND [PROPOSED] ORDER**
   v.                        )
                             )   Date: March 23, 2010
NICHOLE NOEL RUA,            )   Time: 10:00 a.m.
                             )   Judge: Hon. Dale A. Drozd
        Defendant.           )
                             )
_____)

It is hereby stipulated and agreed between the United States, through Assistant United States Attorney Matthew C. Stegman, and the defendant, NICHOLE NOEL RUA, through her attorney, Lauren Cusick, to continue the status conference set for March 23, 2010, at 10:00 a.m. to April 6, 2010, at 10:00 a.m.

This continuance is requested because the parties are continuing to negotiate a disposition of this matter. Accordingly, both parties agree that time should be excluded through April 6, 2010, from computation of time under the Speedy

///

///

///

1

1  Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(B)(iv)
2  and 18 U.S.C. § 3161(h)(7)(A)) in order to provide the defendant
3  time to prepare.

4  DATED: March 18, 2010         BENJAMIN B. WAGNER
                                  United States Attorney

6                           By:   /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
7                                 Assistant U.S. Attorney

9  DATED: March 18, 2010         DANIEL J. BRODERICK
                                  Federal Defender

11                          By:   /s/ Lexi Negin for:
                                  LAUREN CUSICK
12                                Assistant Federal Defender
                                  Attorney for Defendant

16                    [P R O P O S E D] O R D E R

17 IT IS SO ORDERED:

18 DATED: March 19, 2010.

19 
   _____
20 HONORABLE DALE A. DROZD
   U.S. Magistrate Judge

2