```
BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 09-280 DAD |
| Plaintiff, | AMENDED [~~PROPOSED~~] ORDER TO DISMISS INFORMATION |
| v. | |
| NICHOLE NOEL RUA, | |
| Defendant. | |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Cr. No. 09-280 DAD is GRANTED.

IT IS SO ORDERED.

Dated: January 18, 2011

_____
Hon. Dale A. Drozd
United States Magistrate Judge